

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Plaintiff(s),

vs. Cedric Maurice Wilson

Case No. 13cv 2330 (JNE/FLN)
(To be assigned by Clerk of District Court)

National Security Agency

DEMAND FOR JURY TRIAL
YES ☒   NO ☐

Defendant(s).   Civil Action 92-0449

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name: Cedric Maurice Wilson

   Street Address: 929 Aurora Ave Apt 3 Rm 2

   County, City: Ramsey

   State & Zip Code: 55104

   Telephone Number: 612 354 0650

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

      Name National Security Agency

      Street Address 9800 Savage Rd, Fort

      County, City Meade,

      State & Zip Code MD 20755  Phone 301-688-6524

   b. Defendant No. 2

      Name

      Street Address

      County, City

      State & Zip Code

   c. Defendant No. 3

      Name

      Street Address

      County, City

      State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached ☑
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

*Amendments, Civil Liberties, Constitutionals Rights is being bookend!*

## JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   [✓] Federal Question    [✓] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

   *All of my Constitutionals Rights are being Brokend!*

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name: *Cedric Maurice Wilson*  State of Citizenship: *U.S.A*

   Defendant No. 1: *National*  State of Citizenship: *U.S.A*

   Defendant No. 2: *Security Agency*  State of Citizenship: *U.S.A*

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** [✓]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   [✓] Defendant(s) reside in Minnesota    [✓] Facts alleged below primarily occurred in Minnesota

   [✓] Other: explain

   *Minnesota and all*

## STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

*Amendmets Civil Liberties Constitutionals Right is being violated brokend! Page 3 of 12 tell how it work!*

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. The Statements is what the N.S.A is doing to me the front page and and also Page 3 of 12 and other. From the base to the Satellites Sending Electromagintics Radiation Energy to my whole body, Base, Satellite Surveillance Electromagentic Radiation Energy to my whole Body!

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ✓
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Need turn the EM Off!
→ Death Threatning!

Signed this (CW)    day of 8 23 13

Signature of Plaintiff _Cedric M W[ilson]_

Mailing Address 929 Aurora Ave, Apt 3 Rm 2
Ramsey 55104

Telephone Number 612 354 0650

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

Necessary is Attach additional Sheets, (CW)

8-23-13