# OBJECTION!

All Amendments, Civil, Constitutional AND Privacy Right Are being Broken!

I Cedric Maurice Wilson CW Whit Support With My Doctor Know that this is a fact that is being forced on him it is a true fact He is High Exposure of Electromagnetic Radiation. The Satallite Surveillence Radio Frequecy Need to be turned off Immediately It is Death Threateing!

The NSA, FCC, FBI. Have Agreed to ~~torned~~ Satallite Systems Off You Have to Get in contact with them Immediately to Get these Systems off of Him, thank You

13 cv 2330
JNE/FLN

RECEIVED
SEP 18 2013
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

SCANNED
SEP 18 2013
U.S. DISTRICT COURT ST. PAUL