Dunlap Clinic:
409 North Dunlap Street
St. Paul, MN  55104
Tel: 651-290-9200
Fax: 651-290-9201


Open Cities Health Center
*Community Health with a Heart*

Northend Clinic:
135 Manitoba Avenue
St. Paul, MN  55117
Tel: 651-489-8021
Fax: 651-489-4402

**Patient's Name:** CEDRIC M. WILSON
**Patient's DOB:** 9/20/1967
**Patient's Age:** 45 years old
**Patient's Acct #:** 105543E
**Patient's Address:** 929 AURORA AVE APT 3  ST PAUL  MN   55104
**Patient's Phone:**

**Date:**     9/3/2013

To Whom it May Concern,

 CEDRIC M. WILSON is a patient of mine who wishes me to write you.  He wants me to relate his feeling of having "forced radiation from a satalite surveillance form a supercomputer that has been forced through his whole body and needs the radiofrequecy turned off immediately.  It is death threatening".

Sincerely,

MICHAEL KAMP MD

SCANNED
SEP 1 8 2013
U.S. DISTRICT COURT ST. PAUL

electronic harassment electronicharassment

# Electronic Harassment Electronicharassment

Electronic Harassment Electronicharassment    Main    Lawsuit Mass Filing    Lawsuit Class Action    Law By Petition    more...

Our mass filing is a suit against the F.B.I. and F.C.C. for not investigating reports from victims of electronic weapons, and seeking a court order for the FBI and FCC to have to investigate electronic harassment matters from here on.

Under federal law, the FBI is required to investigate crimes that break federal law, and the FCC is required to regulate frequencies and also is the only organization to have the equipment needed to find where frequencies are coming from.

The filing that we use is done by an attorney, so that on the filing page, it states the laws that the FBI and FCC are breaking by not investigating victims' reports, and it states the federal laws that we are using to get them to investigate.

Everyone that joins the suit sends a letter to the FBI office in the city we are filing in and to the FCC, stating that someone is using electronic weapons on them and asking them to investigate, these letters are sent by signature confirmation mail. We're double checking with an attorney to see if this is necessary.

If it is, when we file, everyone sends off a photocopy of the letter sent to the FBI and to the FCC to our attorney, as well as a copy of the signature confirmation receipt.
This gives us standing to file in these courthouses.

Everyone files their own suit, through the same attorney, with a goal of 300 suits being filed in the same courthouse.

The whole idea is to file so many cases that the attorney who handles these cases for the defendant wont want to fight them all and will settle, giving us what we are asking for in the suit without having to take it to trial. First, he wont want to fight the same case 300 times. Second, by basic math, he will see that he has 300 jury trials, all trying the same case, he knows it's just a matter of time before one wins, so it would be pointless to fight them. Third, he would be straight nuts to fight 300 cases in a row, and he wont want to put the time into fighting that many cases.

As soon as we have the cases filed, I think we've won. I dont see how this approach wont win.

A couple of changes to the suit have been made, we're having an attorney do the filing for us and to get the attorney for the defendants to settle. We're also after way more than 300 cases now.

If we win, the FBI and FCC will have to investigate eh from here on, all over the united states, and we'll get one phone number for victims to call into, where the call will be answered by an agent who is expecting these calls and who will know what to do, the FCC will be sent to victims' locations with equipment that detects where the signals are coming from and the FBI will turn off the systems, as well as investigate everyone else that was involved in our eh.

Electric Magnetic Fields

Page 3 of 12

ATT: ACLU!

Please Look Over I Need You Help Call Me AND I Will also Be trying To Call You To Set of a Day So we Both Can go over together.

Please Review MY Number is 612 354 0650
Cedric M Wilson

← Electric Magnetic Fields

EMF God help theis to Stop!

Right are doing Brotan

17



The above symptoms highlight a fraction of the vast array of
Neuro-Electromagnetic Frequency Assaults perpetuated by the Police and
Military Intelligence Agencies toward
Remote Mind Control Experiments, Behavioral Manipulation and Murder.

## 2. NSA'S DOMESTIC ELECTRONIC SURVEILLANCE NETWORK

As of the early 1960s, the most advanced computers in the world were at the **NSA**, Ft Meade. Research breakthroughs with these computers were kept for the NSA.

At the present time the NSA has nanotechnology computers that are 15 years ahead of present computer technology. The NSA obtains blanket coverage of information in the US by using advanced computers that use artificial intelligence to screen all communications, regardless of medium, for key words that should be brought to the attention of NSA agents/cryptologists.

These computers monitor all communications at the transmitting and receiving ends.

This blanket coverage of the US is a result of the *NSA's Signals Intelligence* (**SIGINT**) mission. The NSA's electronic surveillance network is based on a cellular arrangement of devices that can monitor the entire EMF (electromagnetic frequency) spectrum.

This equipment was developed, implemented and kept secret in the same manner as other electronic warfare programs.

- ### Signals Intelligence Remote Computer Tampering
  The NSA keeps track of <u>all PCs</u> and other computers sold in the US.

  This is an integral part of the Domestic Intelligence network. The NSA's EMF equipment can tune in **RF** (remote frequency) emissions from personal computer circuit boards (while filtering out emissions from monitors and power sup- plies).

  The RF emission from PC circuit boards contains digital information in the PC. Coded RF waves from the NSA's equipment can resonate PC circuits and change data in the PCs. Thus the NSA can gain wireless modem-style entry into any computer in the country for surveillance or anti-terrorist electronic warfare.

- ### Detecting EMF Fields in Humans for Surveillance
  A subject's bioelectric field can be remotely detected, so subjects can be monitored anywhere they are.

  With special **EMF** equipment <u>NSA cryptologists</u> can remotely read evoked potentials (from EEGs). These can be decoded into a person's brain-states and thoughts. The subject is then perfectly monitored from a distance. NSA personnel can dial up any individual in the country on the Signals Intelligence EMF scanning network and the NSA's computers will then pinpoint and <u>track that person 24 hours a day</u>.

  The **NSA** can pick out and track anyone in the US.



## Mind Control Information Feedback Paths: Disparity and Repression

## 3. NSA SIGNALS INTELLIGENCE USE OF EMF BRAIN STIMULATION

*NSA Signals Intelligence* uses *EMF Brain Stimulation* for *Remote Neural Monitoring* (RNM) and *Electronic Brain Link* (EBL).

EMF Brain Stimulation has been in development since the MKULTRA program of the early 1950s, which included neurological research into radiation (non-ionizing EMF) and bioelectric research and development.

The resulting secret technology is categorized at the National Security Archives as "*Radiation Intelligence*", defined as,

> "information from unintentionally emanated electromagnetic waves in the environment, not including radioactivity or nuclear detonation".

Signals Intelligence implemented and kept this technology secret in the same manner as other electronic warfare programs of the US Government.

The NSA monitors available information about this technology and withholds scientific research from the public. There are also international intelligence agreements to keep this technology secret.

The NSA has proprietary electronic equipment that analyze electrical activity in humans from a distance. NSA computer generated brain mapping can continuously monitor all of the electrical activity in the brain continuously. The NSA records and decode individual brain maps (of hundreds of thousands of persons) for national security purposes. EMF Brain Stimulation is also secretly used by the military for brain-to-computer link (in military fighter aircraft, for example).

For electronic surveillance purposes, electrical activity in the speech center of the brain can be translated into the subject's verbal thoughts. RNM can send encoded signals to the brain's auditory cortex, thus allowing audio communications direct to the brain (bypassing the ears). NSA operatives can

use this covertly to debilitate subjects by simulating auditory hallucinations characteristic of paranoid schizophrenia.

Without any contact with the subject, <u>Remote Neural Monitoring</u> can map out electrical activity from the visual cortex of a subject's brain and show images from the subject's brain on a video monitor. NSA operatives see what the surveillance subject's eyes are seeing. Visual memory can also be seen. <u>RNM can send images direct to the visual cortex, bypassing the eyes and optic nerves.</u>

NSA operatives can use this surreptitiously to put images into a surveillance subject's brain while they are in REM sleep for brain-programming purposes.

- <u>Capabilities of NSA Operatives Using RNM</u>
  There has been a Signals Intelligence network in the US since the 1940s.

  The NSA, Ft Meade has in place a vast two-way wireless RNM system which is used to track subjects and non-invasively monitor audio-visual information in their brains. This is all done with no physical contact with the subject. <u>RNM is the ultimate method of surveillance and domestic intelligence</u>. Speech, 3D sound and subliminal audio can be sent to the auditory cortex of the subject's brain (bypassing the ears), and images can be sent into the visual cortex. RNM can alter a subject's perceptions, moods and motor control.

  Speech cortex/auditory cortex link has become the ultimate communications system for the intelligence community. RNM allows for a complete audio-visual brain-to-brain link or brain-to-computer link.



The above is a simple flowchart of Nuero-Electromagnetic Frequency Assaults showing methods that can be perpetuated by the Police and Military Intelligence Agencies toward Remote Mind Control Experiments, Behavioural Manipulation and Murder.

## 4. NATIONAL SECURITY AGENCY SIGNALS INTELLIGENCE ELECTRONIC BRAIN LINK TECHNOLOGY

*NSA SIGINT* can remotely detect, identify and monitor a person's bioelectric fields.

The NSA's Signals Intelligence has the proprietary ability to monitor remotely and non-invasively information in the human brain by digitally decoding the evoked potentials in the 30-50 Hz, 5 milliwatt

electromagnetic emissions from the brain.

Neuronal activity in the brain creates a shifting electrical pattern that has a shifting magnetic flux. This magnetic flux puts out a constant 30-50 Hz, 5 milliwatt electromagnetic (EMF) wave.

Contained in the electromagnetic emission from the brain are spikes and patterns called "evoked potentials". Every thought, reaction, motor command, auditory event and visual image in the brain has a corresponding "evoked potential" or set of "evoked potentials". The EMF emission from the brain can be decoded into the current thoughts, images and sounds in the subject's brain.

NSA SIGINT uses EMF-transmitted Brain Stimulation as a communications system to transmit information (as well as nervous system messages) to intelligence agents and also to transmit to the brains of covert operations subjects (on a non-perceptible level).

EMF Brain Stimulation works by sending a complexly coded and pulsed electromagnetic signal to trigger evoked potentials (events) in the brain, thereby forming sound and visual images in the brain's neural circuits. EMF Brain Stimulation can also change a person's brain-states and affect motor control.

Two-way electronic Brain Link is done by remotely monitoring neural audio-visual information while transmitting sound to the auditory cortex (bypassing the ears) and transmitting faint images to the visual cortex (bypassing the optic nerves and eyes). The images appear as floating 2D screens in the brain.

Two-way electronic Brain Link has become the ultimate communications system for CIA/NSA personnel. Remote neural monitoring (RNM, <u>remotely monitoring bioelectric information in the human brain</u>) has become the ultimate surveillance system.

It is used by a limited number of agents in the US Intelligence Community.



HOW SILENT (CONVERTED-TO-VOICE-FM) HYPNOSIS CAN BE TRANSMITTED USING A VOICE FREQUENCY MODULATOR TO GENERATE THE "VOICE", THEN PULSED-MICROWAVE VOICE-TO-SKULL FOR DISTANCE AND COVER

The above is a simple flowchart of Nuero-Electromagnetic Frequency Assaults showing methods that can be perpetuated by the Police and Military Intelligence Agencies toward Remote Mind Control Experiments, Behavioral Manipulation and Murder.

## 5. [NO HEADING IN ORIGINAL DOCUMENT]

RNM requires decoding the resonance frequency of each specific brain area.

That frequency is then modulated in order to impose information in that specific brain area. The frequency to which the various brain areas respond varies from 3 Hz to 50 Hz. Only <u>NSA Signals Intelligence</u> modulates signals in this frequency band. (See *Table 1* below)

This modulated information can be put into the brain at varying intensities from subliminal to perceptible. Each person's brain has a unique set of bioelectric resonance/entrainment frequencies. Sending audio information to a person's brain at the frequency of another person's auditory cortex would result in that audio information not being perceived.

The Plaintiff learned of RNM by being in two-way RNM contact with the Kinnecome group at the NSA, Ft Meade.

They used <u>RNM 3D sound</u> direct to the brain to harass the Plaintiff from October 1990 to May 1991.

As of 5/91 they have had two-way RNM communications with the Plaintiff and have used RNM to attempt to incapacitate the Plaintiff and hinder the Plaintiff from going to the authorities about their activities against the Plaintiff in the last 12 years. The <u>Kinnecome group</u> has about 100 persons working 24 hours a day at Ft Meade.

They have also brain-tapped persons the Plaintiff is in contact with to keep the Plaintiff isolated.

This is the first time ever that a private citizen has been harassed with RNM and has been able to bring a <u>lawsuit</u> against NSA personnel misusing this intelligence operations method.



**An overview of how the weapons are deployed by the Mind Control Police**
Mass Remote Mind Control by Blanket Coverage of the Population which is achieved via the Mobile Phone Network

ECHELON - CITIZEN SPY BASE
U.S. National Security Agency
Menwith Hill
Yorkshire, England

GCHQ
General Communications H.Q.

M.O.D.
Ministry of Defence

MI5
Military Intelligence

click above image

## 6. NSA TECHNIQUES AND RESOURCES

Remote monitoring/tracking of individuals in any location, inside any building, continuously, anywhere in the country.

A system for inexpensive implementation of these operations allows for thousands of persons in every community to be spied on constantly by the NSA.

- **Remote RNM Devices**
  NSA's RNM equipment remotely reads the evoked potentials (EEGs) of the human brain for tracking individuals, and can send messages through the nervous systems to affect their performance. RNM can electronically identify individuals and track them anywhere in the US.

  This equipment is on a network and is used for domestic intelligence operations, government security and military base security, and in case of bioelectric warfare.

- **Spotters and Walk-Bys in Metropolitan Areas**
  Tens of thousands of persons in each area working as spotters and neighbourhood/business place spies (sometimes unwittingly) following and checking on subjects who have been identified for covert control by NSA personnel.

  Agents working out of offices can be in constant communication with spotters who are keeping track of the NSA's thousands of subjects in public. NSA agents in remote offices can instantly identify (using~ RNM) any individual spotted in public who is in contact with surveillance subject.

- **Chemicals and Drugs into Residential Buildings with Hidden NSA Installed and Maintained Plastic Plumbing lines.**
  The NSA has kits for running lines into residential tap water and air ducts of subjects for the delivery of drugs (such as sleeping gas or brainwashing-aiding drugs).

  This is an outgrowth of CIA pharmapsychology (psychopharmacology).

- **Brief Overview of Proprietary US Intelligence/Anti-Terrorist Equipment Mentioned**

  Fixed network of special EMF equipment that can read EEGs in human brains and identify/track individuals by using digital computers. ESB (*Electrical Stimulation to the Brain*) via EMF signal from the NSA Signals Intelligence is used to control subjects.

  EMF equipment that gathers information from PC circuit boards by deciphering RF emissions, thereby gaining wireless modem-style entry into any personal computer in the country. All equipment hidden, all technology secret, all scientific research unreported (as in electronic warfare research).

  Not known to the public at all, yet complete and thorough implementation of this method of domestic intelligence has been in place since the early 1980s.

**Editor's Note:**
I tried ringing Mr Akwei to find out what was the out-come, if any, of his court case. He firmly but kindly told me that he could not speak about anything to do with the case over the phone and hung up. A subsequent conversation of similar length resulted in the information that he did not wish his address or phone number published with this article.

So, if we hear of any developments, we'll let you know.

Its totally obvious from the above article that the US **National Security Agency** is none other than a covertly run terrorist organization.

Their highly sophisticated technology that is used to monitor and manipulate the minds of millions of innocent people daily, is a blatant expression of the dominating and authoritarian mentality that exists behind the facade of our so called democratic society.

George Orwell's "*THOUGHT POLICE*" is an absolute reality in today's world.

Whether we realize it or not, every individual within our society is negatively effected by this dictatorship attitude.

It has to change - It will change - It starts with you!

**George Farquhar**
Project Freedom

## An example of EMF Brain Stimulation
### Table 1

| Brain Area | Bioelectric Resonance Frequency | Information Induced Through Modulation |
|---|---|---|
| Motor Control Cortex | 10 Hz | Motor Impulse co-ordination |
| Auditory Cortex | 15 Hz | Sound which bypasses the ears |
| Visual Cortex | 25 Hz | Images in the brain bypassing the eyes |
| Somatosensory | 9 Hz | Phantom touch sense |
| Thought Center | 20 Hz | Imposed subconscious thoughts |

# RESOURCES

These **publications** have only been discovered since December 1991, after Plaintiff had already notified authorities (Dept of Justice, etc.) of Public Corruption by named *NSA employees*.

When no action was taken against the **NSA** employees, I researched the Intelligence Community electronic surveillance technology involved and discovered the following publications.

- The Body Electric: Electromagnetism and the Foundation of Life, by Robert Becker, M.D. Monitoring neuroelectric information in the brain ESB. (p. 265,313,318)
- Cross currents, by Robert Becker. Simulating auditory hallucinations. Remote computer tampering using RF emissions from the logic board. (p. 70,78,105,174,210,216,220,242,299,303)
- Currents of Death, by Paul Brodeur. Driving brain electrical activity with external EM; magnetophosphenes; Delgado. (p. 27,93)
- The Zapping of America, by Paul Brodeur. DoD EM ESB research; simulating auditory hallucinations.
- Of Mice, Men and Molecules, by John H. Heller 1963 Bioelectricity; probing the brain with EM waves. (p, 110)
- The Three-Pound Universe, by Judith Hooper. CIA EEG research; EEGs for

http://www.bibliotecapleyades.net/scalar_tech/esp_scalartech12.htm

6/10/2013



# Radiofrequency (RF) Radiation

(Includes RF from broadcast antennas, portable radio systems, microwave antennas, satellite, and

**Kelly Classic, Certified Medical Physicist**

Electromagnetic radiation consists of waves of electric and magnetic energy moving together (that is, radi; at the speed of light. Taken together, all forms of electromagnetic energy are referred to as the electromag Radio waves and microwaves emitted by transmitting antennas are one form of electromagnetic energy. C electromagnetic field or radiofrequency (RF) field may be used to indicate the presence of electromagnetic

An RF field has both an electric and a magnetic component (electric field and magnetic field), and it is of express the intensity of the RF environment at a given location in terms of units specific for each compo; the unit "volts per meter" (V/m) is used to measure the strength of the electric field and the unit "amper( is used to express the strength of the magnetic field.

RF waves can be characterized by a wavelength and a frequency. The wavelength is the distance covered cycle of the electromagnetic wave, while the frequency is the number of electromagnetic waves passing a; second. The frequency of an RF signal is usually expressed in terms of a unit called the hertz (Hz). One I per second. One megahertz (MHz) equals one million cycles per second. Different forms of electromagne categorized by their wavelengths and frequencies. The RF part of the electromagnetic spectrum is general. of the spectrum where electromagnetic waves have frequencies in the range of about 3 kilohertz (3 kHz) GHz).

Probably the most important use for RF energy is in providing telecommunications services. Radio and te broadcasting, cellular telephones, radio communications for police and fire departments, amateur radio, m point links, and satellite communications are just a few of the many telecommunications applications. Mic good example of a noncommunication use of RF energy. Other important noncommunication uses of RF for industrial heating and sealing. Radar is a valuable tool used in many applications from traffic enforcen control and military applications. Industrial heaters and sealers generate RF radiation that rapidly heats the processed in the same way that a microwave oven cooks food. These devices have many uses in industry, plastic materials, gluing wood products, sealing items such as shoes and pocketbooks, and processing foo(



# Radiofrequency (RF) Radiation

(Includes RF from broadcast antennas, portable radio systems, microwave antennas, satellite, an[d]

**Kelly Classic, Certified Medical Physicist**

Electromagnetic radiation consists of waves of electric and magnetic energy moving together (that is, radi[ation] at the speed of light. Taken together, all forms of electromagnetic energy are referred to as the electroma[gnetic] Radio waves and microwaves emitted by transmitting antennas are one form of electromagnetic energy. [The term] electromagnetic field or radiofrequency (RF) field may be used to indicate the presence of electromagnetic [energy].

An RF field has both an electric and a magnetic component (electric field and magnetic field), and it is of[ten convenient to] express the intensity of the RF environment at a given location in terms of units specific for each compo[nent]. [For example,] the unit "volts per meter" (V/m) is used to measure the strength of the electric field and the unit "amper[es per meter"] is used to express the strength of the magnetic field.

RF waves can be characterized by a wavelength and a frequency. The wavelength is the distance covered [by one] cycle of the electromagnetic wave, while the frequency is the number of electromagnetic waves passing a [point in a] second. The frequency of an RF signal is usually expressed in terms of a unit called the hertz (Hz). One H[z equals one cycle] per second. One megahertz (MHz) equals one million cycles per second. Different forms of electromagne[tic energy are] categorized by their wavelengths and frequencies. The RF part of the electromagnetic spectrum is general[ly defined as that part] of the spectrum where electromagnetic waves have frequencies in the range of about 3 kilohertz (3 kHz) [to 300 gigahertz (300] GHz).

Probably the most important use for RF energy is in providing telecommunications services. Radio and te[levision] broadcasting, cellular telephones, radio communications for police and fire departments, amateur radio, m[icrowave] point links, and satellite communications are just a few of the many telecommunications applications. Mic[rowave ovens are a] good example of a noncommunication use of RF energy. Other important noncommunication uses of RF [energy are] for industrial heating and sealing. Radar is a valuable tool used in many applications from traffic enforcem[ent to air traffic] control and military applications. Industrial heaters and sealers generate RF radiation that rapidly heats the [material being] processed in the same way that a microwave oven cooks food. These devices have many uses in industry, [including molding] plastic materials, gluing wood products, sealing items such as shoes and pocketbooks, and processing foo[d].

The quantity used to measure how much RF energy is actually absorbed in a body is called the specific ak It is usually expressed in units of watts per kilogram (W/kg) or milliwatts per gram (mW/g). In the case c exposure, a standing human adult can absorb RF energy at a maximum rate when the frequency of the RJ range of about 80 and 100 MHz, meaning that the whole-body SAR is at a maximum under these conditi Because of this resonance phenomenon, RF safety standards are generally most restrictive for these frequ

Biological effects that result from heating of tissue by RF energy are often referred to as "thermal" effects for many years that exposure to very high levels of RF radiation can be harmful due to the ability of RF e biological tissue. This is the principle by which microwave ovens cook food. Tissue damage in humans cc exposure to high RF levels because of the body's inability to cope with or dissipate the excessive heat tha Two areas of the body, the eyes and the testes, are particularly vulnerable to RF heating because of the re available blood flow to dissipate the excessive heat load. At relatively low levels of exposure to RF radiati lower than those that would produce significant heating, the evidence for harmful biological effects is aml unproven. Such effects have sometimes been referred to as "nonthermal" effects. It is generally agreed th; needed to determine the effects and their possible relevance, if any, to human health.

In general, however, studies have shown that environmental levels of RF energy routinely encountered by are typically far below levels necessary to produce significant heating and increased body temperature. Ho situations, particularly workplace environments near high-powered RF sources, where recommended limit of human beings to RF energy could be exceeded. In such cases, restrictive measures or actions may be n the safe use of RF energy.

Some studies have also examined the possibility of a link between RF and microwave exposure and cance have been inconclusive. While some experimental data have suggested a possible link between exposure a: in animals exposed under certain specific conditions, the results have not been independently replicated. I have failed to find evidence for a causal link to cancer or any related condition. Further research is under laboratories to help resolve this question.

In 1996, the World Health Organization (WHO) established a program called the International EMF Proj to review the scientific literature concerning biological effects of electromagnetic fields, identify gaps in kr effects, recommend research needs, and work towards international resolution of health concerns over the technology. The WHO maintains a website that provides extensive information on this project and about and research.

Various organizations and countries have developed exposure standards for RF energy. These standards r of exposure for both the general public and for workers. In the United States, the Federal Communicatio: (FCC) has adopted and used recognized safety guidelines for evaluating RF environmental exposure since and safety agencies-such as the Environmental Protection Agency (EPA), the Food and Drug Administra

- **Domestic Intelligence** (DOMINT)

  The **NSA** has records on all US citizens. The NSA gathers information on US citizen who might be of interest to any of the over 50,000 NSA agents (**HUMINT**). These agents are authorized by executive order to spy on anyone. The NSA has a permanent national security anti-terrorist surveillance network in place. This surveillance network is completely disguised and hidden from the public.

  Tracking individuals in the US is easily and cost-effectively implemented with NSA's electronic surveillance network. This network (DOMINT) covers the entire US, involves tens of thousands of NSA personnel, and tracks millions of persons simultaneously. Cost-effective implementation of operations is assured by NSA computer technology designed to minimize operations costs. NSA personnel serve in quasi-public positions in their communities and run cover businesses and legitimate businesses that can inform the intelligence community of persons they would want to track.

  NSA personnel in the community usually have cover identities such as social workers, lawyers and business owners.

- **Individual Citizens Occasionally Targeted for Surveillance by Independently Operating NSA Personnel**

  *NSA personnel* can control the lives of hundreds of thousands of individuals in the US by using the NSA's domestic intelligence network and cover businesses.

  The operations independently run by them can sometimes go beyond the bounds of law. Long-term control and sabotage of tens of thousands of unwitting citizens by NSA operatives is likely to happen.

  *NSA DOMINT* has the ability to assassinate US citizens covertly or run covert psychological control operations to cause subjects to be diagnosed with ill mental health.

## Domestic Intelligence (DOMINT)

The NSA has records on all U.S. citizens. The NSA gathers information on U.S. citizens who might be of interest to any of the over 50,000 NSA agents (HUMINT). These agents are authorized by executive order to spy on anyone. The NSA has a permanent National Security Anti-Terrorist surveillance network in place. This surveillance network is completely disguised and hidden from the public.

Tracking individuals in the U.S. is easily and cost-effectively implemented with the NSA's electronic surveillance network. This network (DOMINT) covers the entire U.S., involves tens of thousands of NSA personnel, and tracks millions of persons simultaneously. Cost effective implementation of operations is assured by NSA computer technology designed to minimize operations costs.
NSA personnel serve in Quasi-public positions in their communities and run cover businesses and legitimate businesses that can inform the intelligence community of persons they would want to track. N.S.A. personnel in the community usually have cover identities such as social workers, lawyers and business owners.

### Individual citizens occasionally targeted for surveillance by independently operating NSA personnel.

NSA personnel can control the lives of hundreds of thousands of individuals in the U.S. by using the NSA's domestic intelligence network and cover businesses. The operations independently run by them can sometimes go beyond the bounds of law. Long-term control and sabotage of tens of thousands of unwitting citizens by NSA operatives is likely to happen. NSA Domint has the ability to covertly assassinate U.S. citizens or run covert psychological control operations to cause subjects to be diagnosed with ill mental health.

Table of Contents

# NSA's domestic electronic surveillance network

As of the early 1960's the most advanced computers in the world were at the NSA, Ft. Meade. Research breakthroughs with these computers were kept for the NSA. At the present time the NSA has nanotechnology computers that are 15 years ahead of present computer technology.
The NSA obtains blanket coverage of information in the U.S. by using advanced computers that use artificial intelligence to screen all communications, irregardless of medium, for key words that should be brought to the attention of NSA agents/cryptologists. These computers monitor all communications at the transmitting and receiving ends. This blanket coverage of the U.S. is a result of the NSA's Signals Intelligence (SIGINT) mission.
The NSA's electronic surveillance network is based on a cellular arrangement of devices that can monitor the entire EMF spectrum. This equipment was developed, implemented, and kept secret in the same manner as other electronic warfare programs.
With this technology NSA personnel can non-obtrusively tap into any communication device in existence. This includes computers, telephones, radio and video-based devices, printers, car electronics, and even the minute electrical fields in humans (for tracking individuals).

### Signals Intelligence Remote Computer Tampering

The NSA keeps track of all PCs and other computers sold in the U.S. This is an integral part of the Domestic Intelligence network.
The NSA's EMF equipment can tune in RF emissions from personal computer circuit boards (while filtering out emissions from monitors and power supplies). The RF emission from PC circuit boards contains digital information in the PC. Coded RF waves from the NSA's equipment can resonate PC circuits and change data in the PC's. Thus the NSA can gain wireless modem-style entry into any computer in the country for surveillance or anti-terrorist electronic warfare.
Radio and Television signals can be substituted at the receiving end with special EMF equipment. Replacing signals in Radios and Televisions is another outgrowth of the NSA's Signals Intelligence (SIGINT) mission.

### Detecting EMF Fields in Humans for Surveillance.

A subject's bioelectric field can be remotely detected, so subjects can be monitored anywhere they are. With special EMF equipment NSA cryptologists can remotely read evoked potentials (from EEGs). These can be decoded into a person's brain-states and thoughts. The subject is then perfectly monitored from a distance.
NSA personnel can dial up any individual in the country on the Signals Intelligence EMF scanning network and the NSA's computers will then pinpoint and track that person 24 hours-a-day. The NSA can pick out and track anyone in the U.S.

Table of Contents

2

# Organized Stalking & Electronic Harassment

Fallow us on Twitter

OSEH    Targeted Individuals    Microwave Harassment    Microwave Technology    Mind Control    Microchip Implant    Weapons
Coping with OSEH    Coping with OSEH II    Expose OSEH    Counter Measures    Detection Measures    Tips    Gathering Evidence
Tech Talk    Glossary    PDFs    Videos    Websites & Links    Petitions    Forums    Blogs    About This Website    Contact

## Defending Against False Diagnosis of Mental Illness

There is a good chance that most targets will encounter charges that they are mentally ill. When these charges come from family members, police, or doctors, the target can find themselves facing incarceration in mental hospital, or, being forced to take dangerous anddebilitating psychoactive drugs in the community.

There are some things which can be done to avoid this. Summarized, they include:

- Restrict What You Say to Professionals (a section in this booklet)
- Restrict what you say to everyone, especially family
- Always speak to officials about OS/EH as a member of an in-person group
- Have stalking statistics and/or proven technology information printed and ready
- Call around local crisis support organizations to find an OS-aware staffer
- Locate a lawyer with mental health defence experience (who takes legal aid)
- If already in the psychiatric system, gradually appear to agree with them and get out

When I say "Always speak to officials about OS/EH in an in-person group" that especially includes doctors and police. Part of this point "Call around local crisis support organizations to find an OS-aware staffer" is to attempt to have such a staffer accompany you in any really critical meetings with doctors or police. It may be possible to have a particularly conservative, sane-sounding target accompany you if you can't get the crisis support staffer to go with you, but an organized-stalking-aware crisis support staffer is the best.

Sorry to have to say this, but not every target is going to present a credible appearance, so take time and care to find out how a potential escort to critical meetings will present themselves and answer questions. Only invite someone you have known and interacted with for some time.

Interestingly, rape crisis centers, sometimes called sexual assault centers, which can either be government or private agencies, have proven to have staffers who know what OS is. Even though you are not complaining about sexual assault, include them on your list of agencies to call looking for an OS-aware staffer. My experience with the Toronto rape center was that they were quite willing to talk to men - men aren't regarded as "the dreaded enemy" by the staff. CATCH met in their offices and men were welcome to attend. (They no longer take calls relating to OS/EH, FYI, because they have no targets to refer callers to.)

When calling, state your purpose right up front, that you are looking for a staffer who is aware of organized or group stalking. If you get a blank, try a different day or time when you are likely to get a different staffer on line. This repeated calling is how a target in Toronto was able to locate an OS-aware staffer in a supervisory position, who made the CATCH group possible. That group no longer operates, but in the two years it was active, a number of staff members who had been familiar with OS were located.

To locate a lawyer with mental health defence experience, I succeeded using the yellow pages. The law society's lawyer referral service may or may not be helpful, but they are worth a try. Actually contacting any lawyer's secretary may produce leads.

Once you locate such a lawyer, prepare a ONE PAGE, carefully prepared, sane-sounding description of your situation. Try hard for one page, though you may need two. You might even consider asking for comments on your proposed page on the forums to get it as good as it can be. This page is like a resume.

Make sure there is a comment on your page saying what you want the lawyer to do. In my case, it was simply to be ready to defend me against false mental illness charges because I had decided to go into the street picketing to expose OS/EH. If you are already in the mental health system, provide contact information on your page.

I recommend not more than one Internet web link, if any on that page. Not as part of your page, but printed out and ready for backup if you find you need it during your conversation with the lawyer, I recommend you print out and have ready a photocopy of this e-booklet written as a brief overview of the OS/EH crime picture for the public:

http://www.multistalkervictims.org/osatv.pdf

That short document gives you quick access to both the government stalking statistics and the proven through-wall technologies, summarized for quick reading. If the lawyer shows interest in those things, you have them handy. You may also want to leave a copy of that e-booklet with the lawyer, but be sure you tell the lawyer you are not requesting them to read the booklet, or you may receive a bill for a couple of hundred dollars. (If you can afford that, it might be a good idea, though.)

Once that preparatory work has been done, make an appointment. Most lawyers will give you one free 30-minute consult to see if your needs match their offered services.

If you are in the mental health system, that may require some actual work and how to pay for that work must be discussed. Legal aid may not cover what you need.

If you are just setting yourself up with a lawyer who is willing to defend you in case you get falsely diagnosed in the future, what you are mainly doing is providing him a one-page summary to go in a file. That's the best that a free 30-minute consult can get you.

I lucked out when I went to see my mental health defence experience lawyer. She already knew all about OS/EH, because she had acted as a defence attorney for a perpetrator. Naturally she could give no details, but she did say he was a government employee who wanted to get out of doing OS/EH work. He was falsely convicted of a crime and placed in the Ontario Hospital for the Criminally Insane, and it took her 4 years to get him out. Total secrecy was the price of getting him out and she is not willing to even repeat this publicly. She is now retired. Targets must not assume they are going to do as well, but it does help with confidence when you find a non-target official who knows about OS/EH, even if they aren't willing to go public. This may not be for everyone, but I did one thing on the recommendation of this lawyer: I went for a private psychiatric examination, with a psychiatrist that the lawyer knew was fair and honest.

The result: The psychiatrist found no signs of mental illness.

Unfortunately, the perps got after this psychiatrist and she no longer takes OS/EH target patients. But it is possible to find honest psychiatrists, and asking a mental health defence lawyer may be a way to do that. Doing that could help if a target is being pressured to see a psychiatrist, but is still free to choose one. Not guaranteed, but worth a try. If you are stuck in a mental hospital, you may find that the doctor(s) will insist that you admit you are imagining the harassment before they will begin the process of letting you out. My recommendation is to very slowly appear to agree with them. Very slowly is critically important because going too fast will make it look as if you are faking it.

Some ways you can appear to "be recovering" are gradually read newspapers or watch news on TV, and make short comments occasionally to staff, showing you are aware of and interested in news stories. Show concern for your health, your diet, drink plenty of water, try hard to sleep or at least lie still through the night. Be sure to quietly keep yourself aware of things like the date and who is your country's leader. Failing to know those things is used by psychiatrists to diagnose you as mentally ill.

Don't force staff to inject you; take the damn pills and resolve never to go near a psychiatrist again once you are free.

Once you get out, go to a library (med school libraries are best) or research on line all the meds you are on. Find out what their side effects are. Then gradually, and I mean gradually as in "over several months," taper off. Never stop completely, always keep a trace of the meds in your bloodstream until you are finally taken off them. You may want to emulate the side effects until you are taken off the meds.

To any member of the public who reads this and objects to my advice, I say if you don't like my advice, put the blame on the justice systems of the world who won't even take written complaints about organized stalking and electronic harassment, in most cases. The official crime statistics show OS is now being handled in some places at a rate of one case in eight.

Once the justice system starts doing their sworn and paid jobs, instead of pretending OS/EH doesn't happen, we will then no longer need to resort to such tactics.

And by the way, SINGLE stalker targets have also been ridiculed and falsely diagnosed as mentally ill, so OS/EH targets are not unique in this respect.

By Eleanor White

BACK          TOP          NEXT

Create a free website with