UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Cedric Maurice Wilson,

          Plaintiff,

                                                Civil No. 13-2330 (JNE/FLN)
v.                                                  ORDER

National Security Agency,

          Defendant.

This case is before the Court on a Report and Recommendation issued by the Honorable Franklin L. Noel, United States Magistrate Judge, on September 3, 2013. The magistrate judge recommended that Plaintiff's application for leave to proceed in forma pauperis ("IFP") be denied and that the action be summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Plaintiff objected to the Report and Recommendation. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 3]. Therefore, IT IS ORDERED THAT:

1. Plaintiff's application for leave to proceed in forma pauperis [Docket No. 2] is DENIED.

2. This action is SUMMARILY DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 7, 2013                                            s/Joan N. Ericksen_____
                                                                           JOAN N. ERICKSEN
                                                                           United States District Judge