✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Cedric Maurice Wilson,

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

V.

Case Number:    13-2330 (JNE/FLN)

National Security Agency,

Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff's application for leave to proceed in forma pauperis [Docket No. 2] is DENIED.

2. This action is SUMMARILY DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

October 7, 2013

Date

RICHARD D. SLETTEN, CLERK

s/  M.Price

(By)                                      MP   Deputy Clerk