# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk

| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street Suite 100 St. Paul, MN 55101 (651) 848-1100 | U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse 515 West First Street Suite 417 Duluth, MN 55802 (218) 529-3500 | U.S. Courthouse 118 South Mill Street Suite 212 Fergus Falls, MN 56537 (218) 739-5758 |
|---|---|---|---|

## TRANSMITTAL OF APPEAL

**Date:** December 4, 2013

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Katie Thompson, Deputy Clerk

**In Re:** District Court Case No.: 13-cv-2330 JNE/FLN
Eighth Circuit Case No.:
Case Title: Wilson v. National Security Agency

The statutory filing fee has:

\_\_\_\_\_ been paid, receipt # .
__X__ not been paid as of 12/4/13.         IFP \_\_\_\_\_ is __X__ is not    pending.
\_\_\_\_\_ been waived because:
       \_\_\_\_\_ Application for IFP Granted         \_\_\_\_\_ USA filed appeal

Length of Trial:    days

Was a court reporter utilized?             \_\_\_\_\_ Yes  __X__ No

   If yes, please identify the court reporter:
Name:
Address:

Phone:

\_\_\_\_\_ Forms A & B were not received; please see attached forms.

\_\_\_\_\_ Forms A & B were given to counsel at the counter.

\_\_\_\_\_ Completed Form A enclosed in transmittal letter.

\_\_\_\_\_ Original file(s), consisting of \_\_\_\_\_ file(s) and \_\_\_\_\_ expandable(s)

\_\_\_\_\_ Transcript(s):    Volume    Date    Proceeding