# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 13-3630
_____

Cedric M. Wilson

Plaintiff - Appellant

v.

National Security Agency

Defendant - Appellee

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:13-cv-02330-JNE)
_____

**JUDGMENT**

Appellant's motion to proceed in forma pauperis is granted. This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

January 03, 2014

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans